No. 452. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. *v.* NEW YORK CENTRAL RAILROAD Co. C. A. 6th Cir. Certiorari denied. *Joseph A. Robie* and *Edward J. Hickey, Jr.* for petitioners. *Harold Heiss* for the Brotherhood of Locomotive Firemen & Enginemen, and *Wayland K. Sullivan* for the Brotherhood of Railroad Trainmen, petitioners. *Milo J. Warner* and *Wesley A. Wilkinson* for respondent.

No. 471. STEVENSON ET AL. *v.* REED ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *F. R. Cook, Jr.* for petitioners. *Barrington D. Parker* and *James M. Leak* for respondents.

No. 472. UNITED STATES *v.* FEHLHABER CORPORATION. Court of Claims. Certiorari denied. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney* and *Morton Hollander* for the United States. *John W. Gaskins* for respondent.

No. 475. SCHULTZ, ADMINISTRATRIX, *v.* HOME OIL Co. Supreme Court of New Jersey. Certiorari denied. *Jacob Rassner* for petitioner. *Philip M. Lustbader* and *George H. Harbaugh* for respondent.

No. 478. FEDERAL DEPOSIT INSURANCE CORP. *v.* CONTINENTAL ILLINOIS NATIONAL BANK & TRUST Co. OF CHICAGO. C. A. 7th Cir. Certiorari denied. *Royal L. Coburn, John H. Bishop* and *Orrin G. Judd* for petitioner. *Frank D. Mayer, Louis A. Kohn* and *Robert L. Stern* for respondent.